# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Alfredo Anaya,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Pamela Bondi, Executive Office for Immigration Review, Warden,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-480 JMB/ECW

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents must immediately provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a), and in any event, on or before 5:00 p.m. CT on January 23, 2026. If released on bond, Respondents shall immediately release Petitioner in Minnesota.

2. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) by 5:00 p.m. CT on January 23, 2026, as required herein, Petitioner must be immediately released from detention in Minnesota at that time.

3. On or before 11:00 a.m. CT on January 26, 2026, counsel for Respondents shall file a status update affirming that Petitioner received a bond hearing as required by this Order, and advising the results of the bond hearing, or if no bond hearing was held, affirming that Petitioner was released from custody in accordance with this Order.

4. To the extent Petitioner seeks additional relief, the Petition is DENIED.

5. Respondents' Motion to Dismiss (Doc. No. 7) is DENIED.

Date: 1/23/2026

KATE M. FOGARTY, CLERK